UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA HUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 09-5903 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated November 18, 2010.

DATED:  November 18, 2010

　　　　　　　　　　　　　　　　　　 /S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　United States Magistrate Judge