LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LISA HUFF, | No.  EDCV 09-5903 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the terms of the stipulation.

    DATE:  January 21, 2011

                      /S/ FREDERICK F. MUMM

                HON. FREDERICK F. MUMM
                UNITED STATES MAGISTRATE JUDGE